NUMBER 13-04-00268-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 


ALFREDO SOTERO CHAY, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On Appeal from the 107th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela 


Memorandum Opinion Per Curiam



 Appellant, Alfredo Sotero Chay, pro se, has filed a clerk's record with this Court. By
letter issued on May 27, 2004, the Clerk of the Court notified appellant that, upon review
of the record, it did not appear that an appeal had been perfected or that a petition for writ
of mandamus had been filed in connection with this cause. The Clerk informed appellant
that the appeal would be dismissed if the defect were not cured within ten days from the
date of receipt of the Court's directive. Appellant's responses, filed with this Court on June
21 and July 12, stated that appellant did not recall what had been filed with the Court and
that appellant was unable to further pursue the matter. 

 Appellant's responses fail to show that appellant desires to prosecute this matter
or that this Court has jurisdiction over this matter as an appeal or an original proceeding. 
See Tex. R. App. P. 25.2(b) (requiring a "sufficient" notice of appeal), 42.2(a) (governing
voluntary dismissals in criminal cases). Accordingly, the appeal is DISMISSED.



 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 8th day of November, 2007.